UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

VINCENT MINIO,

       Plaintiff,

vs.

SOUTH BROWARD HOSPITAL DISTRICT
d/b/a MEMORIAL HEALTHCARE SYSTEM,
a Florida corporation,

       Defendant.
_____/

## COMPLAINT

      Plaintiff, by and through his undersigned counsel, sues the Defendant, SOUTH BROWARD HOSPITAL DISTRICT d/b/a MEMORIAL HEALTHCARE SYSTEM, (hereinafter, "Company"), and alleges as follows:

      1.    Plaintiff, a former employee of Defendant, brings this action to recover compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq.

      2.    Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

      3.    The unlawful employment practices alleged herein occurred and/or were committed within this judicial district.

      4.    At all times material hereto, Plaintiff is/was a resident of this judicial district, an employee of the Defendant, sui juris and otherwise within the jurisdiction of this Court.

5. At all times material hereto, Defendant was the employer or former employer of the Plaintiff and is conducting business in this judicial district and is otherwise 'employer' under the FLSA.

6. At all times material hereto, Defendant was and continues to be an 'enterprise engaged in commerce' within the meaning of the FLSA.

7. The Plaintiff was hired as a non-exempt employee by the Defendant.

8. During his employment, the Defendant however had Plaintiff, a non-exempt employee under the FLSA, work in excess of forty (40) hours per work week, but willfully refused to properly compensate Plaintiff for such work in violation of the FLSA.

9. All records concerning the number of hours actually worked by Plaintiff are presumably in the exclusive possession and sole custody and control of the Defendant, and therefore, Plaintiff is unable to state at this time the exact amount due.

10. Plaintiff, however, will exert diligent efforts to obtain such information by appropriate discovery proceedings, to be taken promptly in this case, and if required, an amendment to this Complaint will be submitted to set forth an amount due by the Plaintiff.

## COUNT I
## FLSA - COMPANY

Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 10 above.

11. Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

12. By reason of the intentional, willful and unlawful acts of the Company in violation of the FLSA, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands judgment against the Company for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts.

Dated: June 18, 2018.                    Respectfully submitted,

                                               Law Offices of Levy & Levy, P.A.
                                               1000 Sawgrass Corporate Parkway
                                               Suite 588
                                               Sunrise, Florida  33323
                                               Telephone: (954) 763-5722
                                               Facsimile: (954) 763-5723
                                               Email: chad@levylevylaw.com
                                               Service Email: assistant@levylevylaw.com
                                               *Counsel for Plaintiff*

                                               */s/ Chad Levy*
                                               CHAD E. LEVY, ESQ.
                                               F.B.N.: 0851701